# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HEALY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 5,<br><br>Defendants. | Case No.: 20-cv-01838-H-AHG<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>[Doc. No. 38.] |

On April 9, 2021, Yana A. Hart filed a motion to withdraw as counsel of record for Plaintiff Patrick Healy ("Plaintiff"). (Doc. No. 38.) In her declaration submitted with the motion to withdraw, Hart states that she is no longer employed with the law firm Kazerouni

1 Law Group, APC and therefore no longer represents Plaintiff.  (Doc. No. 38-1 at 2.)
2 Plaintiff would still have Jared M. Hartman and Babak Semnar as counsel of record in this
3 case.  Accordingly, for good cause shown, the Court grants the motion and withdraws Hart
4 as counsel of record for Plaintiff in this action.

5  **IT IS SO ORDERED.**

6 DATED: April 12, 2021

7 _____
  MARILYN L. HUFF, District Judge
8 UNITED STATES DISTRICT COURT